# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MANUEL ORTUNO & PAULA ORTUNO          Case Number: 07-70131
11877 MESSINER DRIVE          SSN-xxx-xx-8700 & xxx-xx-6669
HUNTLEY, IL  60142

Case filed on:  1/19/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DANIEL DONAHUE (CHAP 7 TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MANUEL ORTUNO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WFFINANCIAL | 7,350.00 | 7,350.00 | 0.00 | 0.00 |
| 004 | WFNNB / HARLEM FURNITURE | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|  | Total Secured | 9,350.00 | 9,350.00 | 0.00 | 0.00 |
| 003 | WFFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WFNNB / HARLEM FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 2,849.74 | 1,025.91 | 0.00 | 0.00 |
| 006 | CAP ONE BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTRAL DUPAGE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | B-REAL LLC | 1,642.80 | 591.41 | 0.00 | 0.00 |
| 010 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DUPAGE SURGICAL CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HSBC / VLCTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | US BANK NA | 5,354.89 | 1,927.76 | 0.00 | 0.00 |
| 015 | WEST CENTRAL ANES GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WF FIN BAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WF FIN BAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,847.43 | 3,545.08 | 0.00 | 0.00 |
|  | Grand Total: | 19,197.43 | 12,895.08 | 0.00 | 0.00 |

Total Paid Claimant:  $0.00
Trustee Allowance:  $0.00
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan